COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      City of League City, Texas v. Galveston County Municipal Utility District No. 6

Appellate case number:    01-23-00007-CV

Trial court case number:   22-CV-0094

Trial court:               10th District Court of Galveston County

On January 4, 2023, appellant, the City of League City, Texas, filed a notice of appeal from the trial court's December 7, 2022 order denying Appellant's "Plea to the Jurisdiction and Special Exceptions" to the second amended petition of appellee, Galveston County Municipal Utility District No. 6. On January 9, 2023, Appellant filed a "Motion to Extend Time to File Notice of Appeal." On January 10, 2023, Appellant filed a "Supplemental Motion to Extend Time to File Notice of Appeal."

Absent a timely filed notice of appeal, we lack jurisdiction over an appeal. *See* TEX. R. APP. P. 25.1. Generally, a notice of appeal must be filed within thirty days of the date of the trial court's judgment or appealable order, or, in the case of an accelerated appeal, within twenty days of the judgment or appealable order. *See* TEX. R. APP. P. 26.1(a), (b). The order appealed by Appellant, the trial court's denial of Appellant's Plea to the Jurisdiction and Special Exceptions, has been identified by the Legislature as an appealable interlocutory order. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(8) (identifying order regarding plea to the jurisdiction by a governmental unit as appealable interlocutory order). Accordingly, Appellant's notice of appeal was due within twenty days of the date of the trial court's order, no later than December 27, 2022. *See* TEX. R. APP. P. 26.2(b), 28.1 (identifying appealable interlocutory orders as "accelerated appeals").

Appellant's January 4, 2023 notice of appeal was therefore not timely filed. In its Motion to Extend Time to File Notice of Appeal, Appellant stated that the failure to timely file the notice of appeal was due to a "deadline miscalculation." Specifically, Appellant stated that the deadline for filing a notice of appeal was calendared using the deadline for a "non-accelerated appeal."

Texas Rule of Appellate Procedure 26.3 allows for an extension of the deadline to file a notice of appeal if, within fifteen days after the deadline for filing a notice of appeal,

a party files a notice of appeal in the trial court **and** a motion for extension of time to file a notice of appeal in the appellate court. *See* TEX. R. APP. P. 26.3. Taking this extension into account, Appellant's notice of appeal and motion for extension of time to file a notice of appeal were due no later than January 11, 2023. Appellant's January 4, 2023 notice of appeal and January 9, 2023 Motion to Extend Time to File Notice of Appeal were both filed within the extended period provided by Texas Rule of Appellate Procedure 26.3.

Because appellant filed its notice of appeal and Motion to Extend Time to File Notice of Appeal within the fifteen-day period provided by Texas Rule of Appellate Procedure 26.3, Appellant's Motion to Extend Time to File Notice of Appeal and Supplemental Motion to Extend Time to File Notice of Appeal are **granted**.

It is so ORDERED.


Judge's signature: _____/s/ April Farris_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___January 19, 2023___

2